Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS  67206-2936
Telephone:  (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN R LINDEMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: |
| ) | |
| WILLIAM HERNDON; TIGER OIL & ) | |
| GAS, LLC; JETT OIL, LLC; and KETA OIL ) | |
| & GAS, LLC ) | |
| ) | |
| Defendants ) | |
| ) | |

## COMPLAINT

COMES NOW the plaintiff, Steven R. Lindeman, and for his cause of action against the defendants, alleges and states as follows:

1. The plaintiff is an individual residing in the State of Florida. He is a resident of the State of Florida.

2. The defendant Williams Herndon ("Herndon")is a resident of the State of Kansas and may be served with process at his residence at 9134 Windwood in Wichita, KS.  The defendant Tiger Oil & Gas, LLC is a limited

liability company formerly authorized and existing under the laws of the State of Kansas; however, this status was forfeited in 2017.  The defendant Jett Oil, LLC is a limited liability company formerly authorized and existing under the laws of the State of Kansas; however, this status was forfeited on July 15, 2011. The defendant Keta Oil & Gas, LLC is a limited liability company authorized and existing under the laws of the state of Kansas.  Keta may be served with process by service on its resident agent, Bill Herndon at 711 E. Cloud #909 in Andover, KS 67002. Herndon continues to do business under each limited liability company.

3. This Court has subject matter jurisdiction under 28 U.S.C. §1332. The plaintiff and defendants reside in diverse states and the amount in controversy exceeds $75,000.

4. Venue is proper in this Court as a substantial part of the events and omissions giving rise to this claim occurred in this judicial district and because the defendants reside in this judicial district pursuant to 28 U.S.C. §1391(c).

5. The defendants claim to have expertise as oil operators.  Mr. Lindeman has no experience and in the oil and gas industry and relied upon the defendants to honestly represent material facts to him when they sold him working interests in a number of prospects.  The relationship between the parties created a fiduciary relationship.

6. Mr. Lindeman has invested a total of $ 250,000 in certain prospects with the defendants.  Based upon the plaintiff's investigation, he has recently

discovered that some or all of the prospects may never have even been drilled. Additionally, the plaintiff has loaned the defendants $100,000, which the defendants have promised to repay a number of times, but to no avail.

7. The plaintiff requests an accounting of all sums invested with the defendants.

8. The defendants made promises and representations to the plaintiff concerning their expertise and drilling program that the plaintiff relied upon to his great detriment. The plaintiff is entitled to a judgment in actual and punitive damages in the amount of $ 500,000.

WHEREFORE, the plaintiff prays for a judgment against the defendants in an amount in the amount of $500,000, as well as his costs, interests plus any other and further relief as the Court might deem just or equitable.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st St. N., Suite 450
Wichita, KS 67206-2936
Telephone: 316-262-4000
Fax: 316-265-3819
Email: randy@ depewgillen.com
*Attorneys for Plaintiff*

## DESIGNATION OF PLACE OF TRIAL

COMES NOW the plaintiff and designates Wichita, Kansas, as the place of the trial of this action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

 s/Randall K. Rathbun
Randall K. Rathbun #09765
*Attorneys for Plaintiff*

## REQUEST FOR JURY TRIAL

COMES NOW the plaintiff and respectfully requests a trial by jury with regard to the above-captioned action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

 s/Randall K. Rathbun
Randall K. Rathbun, #09765
*Attorneys for Plaintiff*