Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN R LINDEMAN ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM HERNDON; TIGER OIL & ) <br> GAS, LLC; JETT OIL, LLC; and KETA OIL ) <br> & GAS, LLC ) <br> ) <br> Defendants ) <br> ) | Case No.: 19-1240-EFM |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff Steven R. Lindeman requests that entry of judgment by default be entered against defendants William Herndon, Tiger Oil & Gas, LLC, Jett Oil, LLC, and Keta Oil & Gas, LLC pursuant to Federal Rule of Civil Procedure 55(b). In support of this motion, plaintiff relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Tel: (316) 262-4000
Email: Randy@depewgillen.com
*Attorneys for Plaintiff*