Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS   67206-2936
Telephone:   (316) 262-4000
Randy@depewgillen.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN R LINDEMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 19-1240-EFM |
| ) | |
| WILLIAM HERNDON; TIGER OIL & ) | |
| GAS, LLC; JETT OIL, LLC; and KETA OIL ) | |
| & GAS, LLC ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

**DEFAULT JUDGMENT**

The defendants, William Herndon, Tiger Oil & Gas, LLC, Jett Oil, LLC, and Keta Oil & Gas, LLC, having failed to appear, plead or otherwise defend in this action and default having been entered on January 7, 2020, and counsel for plaintiff Lindeman having requested judgment against the defaulted defendants and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b):

Judgment is hereby entered in favor of plaintiff Steven R. Lindeman and against defendants William Herndon, Tiger Oil & Gas, LLC, Jett Oil, LLC, and

Keta Oil & Gas, LLC, in the amount of Three Hundred Fifty Thousand Dollars ($350,000) plus interest on the judgment at the legal rate until the judgment is satisfied.

    IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgement, Doc. 10, is here GRANTED and default is entered against defendants.

    IT IS SO ORDERED.

ERIC F. MELGREN
United States District Court Judge